IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. 3:09-00282 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| GARY MILBY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the United States's motion to dismiss indictment (Docket Entry No. 48) citing the Defendant's sentence on May 4, 2012 to serve twenty (20) years of imprisonment in <u>United States v. Milby</u>, in the Eastern District of Kentucky (EDKY Case No. 5:09-cr-00181) that encompassed the same criminal conduct in this action.

Upon review, this motion is **GRANTED** and this indictment is **DISMISSED**.

It is so **ORDERED**.

ENTERED this the ___18th___ day of November 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court